UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

F I L E D

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CARL ST. PREUX
  a/k/a Short
MIGUEL ORTIZ
  a/k/a Mexican Mike
  a/k/a Michael Gonzalez
DAVID JOHNSON
  a/k/a Black Dave
CARL BAILEY
ANTHONY FIELDING
  a/k/a Link
ALVIN DORSEY
  a/k/a Pee Wee
MAURICE BENN
  a/k/a Doodlebug
JAMES BLUNT
CHRISTOPHER WILDER
ERIC WILLIAMS
  a/k/a Lex
GREGORY GAINES

CASE NO. 5:06-cr-29-OC-10GRJ
Ct. 1:   21 U.S.C. §§ 841(a)(1),
841(b)(1)(A) and 846
Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From between 1998 and late 2003, at Eustis, Sorrento, Umatilla, and Mount Dora, in Lake County, in the Middle District of Florida, Miami, elsewhere,

CARL ST. PREUX
a/k/a Short
MIGUEL ORTIZ
a/k/a Mexican Mike
a/k/a Michael Gonzalez
DAVID JOHNSON
a/k/a Black Dave
CARL BAILEY
ANTHONY FIELDING
a/k/a Link
ALVIN DORSEY
a/k/a Pee Wee
MAURICE BENN
a/k/a Doodlebug
JAMES BLUNT
CHRISTOPHER WILDER
ERIC WILLIAMS
a/k/a Lex
GREGORY GAINES

the defendants herein, did knowingly, willfully and intentionally combine, conspire, confederate and agree together with each other and with other persons who are known and unknown to the Grand Jury, to distribute cocaine and cocaine base, both Schedule II controlled substances, the amount of cocaine being five (5) kilograms or more and the amount of cocaine base being 50 grams or more.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was part of the conspiracy that the defendants would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of Title 21, United States Code, Section 846.

## **FORFEITURES**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 21, United States Code, Section 853.

2. From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendants

> CARL ST. PREUX
> a/k/a Short
> MIGUEL ORTIZ
> a/k/a Mexican Mike
> a/k/a Michael Gonzalez
> DAVID JOHNSON
> a/k/a Black Dave
> CARL BAILEY
> ANTHONY FIELDING
> a/k/a Link
> ALVIN DORSEY
> a/k/a Pee Wee
> MAURICE BENN
> a/k/a Doodlebug
> JAMES BLUNT
> CHRISTOPHER WILDER
> ERIC WILLIAMS
> a/k/a Lex
> GREGORY GAINES

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

    a. Property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation; and

    b. Property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p).

A TRUE BILL,

*Mary Jane Kopp*
Foreperson

PAUL I. PEREZ
United States Attorney

By: *Julie H. Savell*
JULIE HACKENBERRY SAVELL
Assistant United States Attorney

By: *[signature]*
RONALD T. HENRY
Deputy Chief, Jacksonville Division

4

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

CARL ST. PREUX
a/k/a Short
MIGUEL ORTIZ
a/k/a Mexican Mike
a/k/a Michael Gonzalez
DAVID JOHNSON
a/k/a Black Dave
CARL BAILEY
ANTHONY FIELDING
a/k/a Link
ALVIN DORSEY
a/k/a Pee Wee
MAURICE BENN
a/k/a Doodlebug
JAMES BLUNT
CHRISTOPHER WILDER
ERIC WILLIAMS
a/k/a Lex
GREGORY GAINES

## INDICTMENT

Violations:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846

A true bill,

_____Mary Jane Kopp_____
Foreperson

Filed in open court this 25th day
of May, A.D. 2006.

_____Jodi L. Wiles_____
Clerk

Bail $ _____