UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 5:06-cr-29-Oc-10GRJ

DAVID JOHNSON
_____

## INFORMATION TO ESTABLISH PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States advises the Court and the defendant of the following;

1. On or about February, 17, 1998, in the Circuit Court of the Twelfth Judicial Circuit in and for Pike County, Alabama, Case Number CC96-260, the defendant, DAVID JOHNSON, was convicted of unlawful possession of a controlled substance, a felony, in violation of the laws of the State of Alabama;

2. On or about December 17, 1996, in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case Number CR-O-96-10508/B, the defendant, DAVID JOHNSON, was convicted of possession of cocaine, a felony, in violation of the laws of the States of Florida;

For reason of the above-stated prior drug felony convictions, the enhanced penalty provisions of Title 21, United States Code, Sections 841(a)(1) and 846 apply, and therefore, the applicable penalty for the charge against the defendant is as follows:

(a) Count One - a mandatory term of life imprisonment, $8 million in fines or both, and a term of supervised release of at least 10 years;

        Respectfully submitted,

        PAUL I. PEREZ
        United States Attorney

By: *s/ Julie Hackenberry Savell*
     JULIE HACKENBERRY SAVELL
     Assistant United States Attorney
     Florida Bar No. 0094201
     300 North Hogan Street, Suite 700
     Jacksonville, Florida 32202
     Tel. No.   (904) 301-6300
     Fax No.   (904) 301-6310
     E-mail:   julie.savell@usdoj.gov

<u>U.S. v. DAVID JOHNSON</u>                                    Case No. 5:06-cr-29-Oc-10GRJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Anthony Wilson, Esq.

David Gerhardt Mengers, Esq.

Michael H. Hatfield, Esq.

F. Wesley Blankner , Jr., Esq.

Edwin R. Ivy , II, Esq.

Scott Lyon Robbins, Esq.

William Charles Fletcher, Esq.

Daniel F. Daly, Esq.

Bruce A. Nants, Esq.

Mark J. O'Brien , Esq.

Terry C. Christian, Esq.

I HEREBY CERTIFY that on December 28, 2006, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

    N/A

                                      s/ *Julie Hackenberry Savell*
                                      JULIE HACKENBERRY SAVELL
                                      Assistant United States Attorney