UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DAVID JOHNSON,

                Petitioner,

-vs-                              Case No.  5:16-cv-685-Oc-10PRL
                                                5:06-cr-29-Oc-10PRL

UNITED STATES OF AMERICA,

                Respondent.

_____/

## ORDER DISMISSING § 2255 MOTION AS SUCCESSIVE

      This matter is before the Court on Doc. 1, Petitioner's *pro se* motion to vacate his sentence pursuant to 28 U.S.C. § 2255.  Following a jury trial, Petitioner was found guilty on January 26, 2007, of the offense of conspiring to distribute both cocaine and cocaine base, or crack cocaine, in violation of 21 U.S.C. § 846.  (Cr. Doc. 283) (Criminal Case No. 5:06-cr-29-Oc-10PRL.)  Petitioner was sentenced on June 21, 2007 to life imprisonment.  (Cr. Docs. 389, 410.)

      Petitioner appealed, and the United States Court of Appeals for the Eleventh Circuit affirmed his convictions and sentence on January 12, 2010 (Cr. Doc. 504.)[1] Petitioner filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 in January 2012 (Cr. Doc. 570) (Civil Case No. 5:12-cv-59-Oc-10TBS).

_____

[1] The January 12, 2010 opinion and mandate was vacated by order of the court of appeals entered February 10, 2011 (Doc. 529) and was re-entered the same day to permit Defendant Maurice Benn to file a petition for certiorari.

The Court denied the § 2255 motion to vacate with prejudice, finding it to be time-barred and otherwise without merit.  (Cr. Doc. 580.)  Petitioner appealed, and on December 3, 2012, the court of appeals his denied his motion for a certificate of appealability.  (Civ. Doc. 16.)

Petitioner, *pro se*, has now filed a second motion under § 2255 (Case No. 5:16-cv-685; Doc. 1).   The instant § 2255 motion is a second or successive application for relief.  This Court cannot entertain any successive motions under § 2255 unless and until the Petitioner  obtains permission from the Court of Appeals to pursue such a successive motion.  28 U.S.C. § 2255(h).  See also 28 U.S.C. § 2244(b)(3).  Because there is nothing in the record demonstrating that the Petitioner has received such permission, the Court is without jurisdiction to review the successive motion, and Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Case No. 5:16-cv-685; Doc. 1) is hereby **DISMISSED**.

The Clerk is directed to enter judgment accordingly, terminate all other pending motions, and close the file.

**IT IS SO ORDERED**.

**DONE and ORDERED** at Ocala, Florida this 8th day of December, 2016.

_____

UNITED STATES DISTRICT JUDGE


Copies to:   Counsel of Record
David Johnson, *pro se*
Mari Jo Taylor, Courtroom Deputy